# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| E.D.T., by and through his parent, guardian, and next friend Donna Brewer, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:07-CV-00679-GP |
| vs. | ) ) | |
| ABINGTON SCHOOL DISTRICT; DR. PATRICIA WHITMIRE, Principal of Willow Hill Elementary School, in her individual and official capacities, | ) ) ) ) ) | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)** |
| Defendants. | ) ) ) | **Electronically Filed** |

Plaintiffs and Defendants hereby file this joint stipulation that this case be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Dated:       August 20, 2007
             Washington, DC

Respectfully submitted by

Attorneys for Plaintiffs:                    Attorneys for Defendants:


  _s/ Matthew S. Bowman_               _s/ Devon M. Jacob (by MSB with consent)_
Jeffrey A. Shafer, Esq.                      Devon M. Jacob, Esq.
Illinois Bar No. 6230713                     Pennsylvania Bar ID: 89182
Ohio Bar No. 0067802                         Frank J. Lavery, Jr., Esq.
Matthew S. Bowman, Esq.                      Pennsylvania Bar ID: 42370
Michigan Bar No. P66239                      LAVERY, FAHERTY, YOUNG & PATTERSON, P.C.
ALLIANCE DEFENSE FUND                        225 Market Street, Suite 304/P.O. Box 1245
801 G Street, N.W., Suite 509                Harrisburg, PA 17108-1245
Washington, DC 20001                         Telephone:  (717) 233-6633
Telephone:  (202) 637-4610
Facsimile:  (202) 347-3622


Randall L. Wenger, Esq.
Pennsylvania Bar No. 86537
INDEPENDENCE LAW CENTER

23 North Front Street
Harrisburg, PA  17101
Telephone:  (717) 657-4990
Facsimile:  (717) 545-8107

Benjamin W. Bull, Esq. (of counsel)
ALLIANCE DEFENSE FUND
15333 N. Pima Rd., Suite 165
Scottsdale, AZ 85260
Telephone:  (480) 444-0020
Facsimile:  (480) 444-0028

## **CERTIFICATION OF UNCONTESTED MOTION**

Pursuant to LR 7.1(b), I hereby certify that this motion is made jointly by the parties and is uncontested.

_s/ Matthew S. Bowman_____
Matthew S. Bowman, Esq.
Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that this document has been filed electronically and is available for viewing and downloading from the ECF system.  Service of this document was accomplished on all Defendants by electronic service of a Notice of Electronic Case Filing through the Court's ECF system.

_s/ Matthew S. Bowman_____
Matthew S. Bowman, Esq.
Counsel for Plaintiffs